## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                            CASE NO. 8:02-CR-308-T-17-TGW

MARSHALL LUTHER SALTER
_____/

### ORDER

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 162). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the stipulation of the appointed counsel and the government (Docket No. 168). All responses agree is not eligible for a reduction in sentence based on the amended guidelines because of the application of the statutory minimum mandatory. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 162) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of September, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record