IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:02-CR-308-T-17TGW

MARSHALL LUTHER SALTER

## ORDER

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of defendant, Marshall Luther Salter, to time served, and commencement of a five-year term of supervised release previously imposed. The court finds:

1. Defendant, Marshall Luther Salter, pled guilty to violating Title 21 U.S.C. § 841(a)(1) and § 846, Conspiracy to Possess with the Intent to Distribute Cocaine Base.

2. He was sentenced on June 30, 2003, in the United States District Court for the Middle District of Florida, Tampa Division, to a total term of imprisonment of 120 months followed by a five-year term of supervised release.

3. Mr. Salter's projected release date is April 30, 2011, via Good Conduct Time, but he is not expected to survive to that date.

4. Mr. Salter, age 73, suffers from metastatic carcinoma of the colon diagnosed in August 2008. His treatment has been complicated by a number of conditions, including chronic obstructive pulmonary disease (COPD), insulin dependent diabetes, hypertension, hyperthyroidism, stroke, epilepsy, and chronic pain syndrome. He is confined to a

wheelchair for mobility and requires some assistance with his Activities of Daily Living (ADLs). His pain management plan requires frequent adjustments to address continuous pain. There is no curative treatment available and his life expectancy is estimated at less than six months.

5. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed. Mr. Salter should be prohibited from operating a motor vehicle as an additional condition of probation, due to his extensive history of motor vehicle violations.

DONE AND ORDERED THIS 17th DAY OF AUGUST, 2010.

HONORABLE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT COURT JUDGE